**B1040 (FORM 1040) (12/24)**

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|

| **PLAINTIFFS** MARIA BOURNE. *attorney-in-fact.* BOURNE MARIA BANKRUPTCY INTER ESTATE PURE TR. JOEL THOMPSON, Trustee. | **DEFENDANTS** Barton Schwartz, Mohammed Alam, Mohammed Hossain, John Doe and any claimant with an interest. |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Maria bourne, attorney-in-fact. c/o 848 Linden Boulevard, county. Brooklyn, new york.   347-476-2668 | **ATTORNEYS** (If Known) unknown attorney. 13 WEST 28TH STREET, Manhattan, New York. 592 HALSEY ST , Brooklyn, New York. |
|---|---|

| **PARTY** (Check One Box Only) | **PARTY** (Check One Box Only) |
|---|---|
| ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin | ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin |
| ☐ Creditor   ☒ Other -Attorney-in-fact. | ☐ Creditor   ☐ Other |
| ☐ Trustee | ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Plaintiff alleges defendants did violate the automatic stay, selling common law real estate belonging to plaintiff without authorization, or consideration; Title 11 usc §362(a) et. seq.  Due Process violations, Takings Clause, 4th, 5th Amend., Constititional violations, Statute of Frauds- Title 11usc §542, Title 11 usc 548(a)(3), section 544(b), turnover of all warehouse property, to include Notes, and all related accounts. 28 U.S.C. 157 et seq. Fraudulent Conversion. Ultra Vires for Contract and Contract law doctrine, more than one signatory to a contract. Executive Order 13520, et seq.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| | |
|---|---|
| **FRBP 7001(a) – Recovery of Money/Property** | **FRBP 7001(f) – Dischargeability (continued)** |
| ☒ 11-Recovery of money/property - §542 turnover of property | ☐ 61-Dischargeability - §523(a)(5), domestic support |
| ☒ 12-Recovery of money/property - §547 preference | ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury |
| ☒ 13-Recovery of money/property - §548 fraudulent transfer | ☐ 63-Dischargeability - §523(a)(8), student loan |
| ☐ 14-Recovery of money/property - other | ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation |
| | (other than domestic support) |
| **FRBP 7001(b) – Validity, Priority or Extent of Lien** | ☐ 65-Dischargeability - other |
| ☐ 21-Validity, priority or extent of lien or other interest in property | |
| | **FRBP 7001(g) – Injunctive Relief** |
| **FRBP 7001(c) – Approval of Sale of Property** | ☒ 71-Injunctive relief – imposition of stay |
| ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h) | ☐ 72-Injunctive relief – other |
| | |
| **FRBP 7001(d) – Objection/Revocation of Discharge** | **FRBP 7001(h) Subordination of Claim or Interest** |
| ☐ 41-Objection / revocation of discharge - §727(c),(d),(e) | ☐ 81-Subordination of claim or interest |
| | |
| **FRBP 7001(e) – Revocation of Confirmation** | **FRBP 7001(i) Declaratory Judgment** |
| ☐ 51-Revocation of confirmation | ☐ 91-Declaratory judgment |
| | |
| **FRBP 7001(f) – Dischargeability** | **FRBP 7001(j) Determination of Removed Action** |
| ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims | ☐ 01-Determination of removed claim or cause |
| ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud | **Other** |
| ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.* |
| | ☐ 02-Other (e.g. other actions that would have been brought in state court |
| **(continued next column)** | if unrelated to bankruptcy case) |

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $  all just and lawful relief. |

**Other Relief Sought**   Injunctive relief/stay against defendant and return of real estate taken from the living estate. violating automatic stay.

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR Barton Schwartz, Mohammed Alam, Mohammed Hossain, John Doe and any claimant with an interest. | BANKRUPTCY CASE NO. 1-25-41222-ESS | |
| DISTRICT IN WHICH CASE IS PENDING EASTERN DISTRICT | DIVISION OFFICE | NAME OF JUDGE Stong, Elizabeth S. |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT

*Eastern District* for *New York.*                    *Amended Complaint.*

In re *MARIA R BOURNE BANKRUPTCY INTER ESTATE PURE TRUST,*


Debtor.                                    Case No.1-25-41222-ess
                                           Chapter  7
*Maria Bourne, attorney-in-fact.*          Adv. Proc. No.

*Plaintiff.*

Joel ~~david~~ Thompson, Ttee
Plaintiff,

**V.**


Barton Schwartz, Mohammed Alam, Mohammed Hossain,
*John Doe and any claimant with an interest*
Defendants.


COMPLAINT TO RECOVER FRAUDULENT TRANSFER

Plaintiff, *Maria Bourne,* the undersigned attorney-in-fact ,
states:

1. Plaintiff is the duly qualified Trustee and *[acting trustee/the debtor in possessionIthe grantor]*
in this case.

2. This court has jurisdiction under 11 U.S.C. §§ 548 and 550 and 28 U.S.C. § 1334. This
adversary proceeding relates to the above-referenced cases under Chapter 7 of the Bankruptcy
Code, now pending *[in this court/in the eastern district of new york.* This is a core proceeding
under 28 U.S.C. § 157(b)(2)(H).

3. Within two years before the filing of the petition in this case, defendant Barton Schwartz did
transfer/convey to the defendants , *Mohammed Alam, Mohammed Hossain, John Doe and any
claimant with an interest  possible, New York Supreme Court employees, for the sum of $10 by
unknown conveyance process/the following property: c/o 848 Linden {Boulevard}, Brooklyn,
New York. See exhibit A- ACRIS transfer record.*
[EITHER:]

4. Such transfer was made with actual intent to hinder, delay or defraud the debtor's creditor, as
shown by the following verified complaint: .


*[OR:]*

4. The grantor was not told about this, got no disclosure and received no consideration, nor granted such authority for the transfer. Defendants, failed to file a Lis Pendens, also unknown, whom the sale was from to defendants. No appraisal has been disclosed by defendants, to assess a reasonably equivalent value in exchange for such transfer; and the debtor was insolvent on the date such transfer was made, or became insolvent as a result of such transfer.

The debtor filed a voluntary petition in bankruptcy on *13th March, 2025 circa* and an automatic was entered. The trustee, plaintiff herein, has duly qualified as such and has filed *her* bond pursuant to 40 Statute-At-Large 92(a). with this court and is still serving in such capacity. This suit is brought by the attorney-in-fact herein seeking to have the court cancel, hold as fraudulent, and declare void a purported deed made, executed and delivered by defendant as referee in matrimonial proceedings to *possible conspirators-defendants Mohammed Alam, Mohammed Hossain, John Doe and any claimant with an interest.* individually, on *13 March 2025 circa,* and recorded in the Registry of Deeds for *King county,* Document ID# CRN 202503100297001- no book or page number found, covering the following described property located and situated at *[848 LINDEN [BOULEVARD], BROOKLYN, NEW YORK. Real estate des-cribe as a 2- family Brick Face Home, 7 bedroom, 2 bathroom, with driveway and garages. See Exhibit B ACRIS record for Deed unlawfully conveyed by Barton Schwartz to Grantee.*

That said conveyance is void under the Uniform Voidable Transactions Act ("NYUVTA"), DCL section 273a, 276 with the intent to hinder or delay, of the Civil Statutes of the State of *New York* and therefore also under 11 U.S.C. § 544(b), and was an effort on the part of *Barton Schwartz* to prefer and place *[himself* over the bona fide creditors of this living estate pure trust. See Exhibit C for Sale record amount and price before sale.
VI.
*[Repetition of allegations with adaptations],*
VII.
Trustee further shows this Honorable Court that the real estate being in the record name of *Mohammed Alam, Mohammed Hossain, John Doe and any claimant with an interest,* and the trustee shows Barton Schwartz did transfer/convey title to said real estate to a third party and that such third party would then be in a position to assert the status of an innocent purchaser for value, all of which would be a great detriment to the debtor's estate and trustee prays that pending the final hearing hereof, *Barton Schwartz, Mohammed Alam, Mohammed Hossain, John Doe and any claimant with an interest* be ordered to return the real estate property back to the living estate pure trust. That on hearing hereof, an injunction be granted by this Honorable Court enjoining *Mohammed Alam, Mohammed Hossain, John Doe and any claimant with an interest.* from attempting to sell, dispose of or encumber the same or to convey the same in any manner. WHEREFORE, plaintiff prays that *Barton Schwartz, Mohammed Alam, Mohammed Hossain, John Doe and any claimant with an interest* be cited to appear and answer herein and on hearing hereof, that this Honorable Court declare the purported deed by *Barton Schwartz* to alleged third

party Mohammed Alam and Mohammed Hossain, *John Doe and any claimant with an interest* to be null and void and fraudulent and given with an intent on the part of *Barton Schwartz* to delay, hinder and defraud *the MARIA R. BOURNE BANKRUPTCY INTER ESTATE PURE TRUST and its* creditors, that this Honorable Court enter its order canceling said deed and holding the same for naught as being a fraudulent conveyance, and declaring the herein described real estate and building as an asset of the grantor's estate to be administered in the further course of administration of the estate and that pending the course of this litigation, *Barton Schwartz, Mohammed Alam Mohammed Hossain, John Doe and any claimant with an interest* be restrained and enjoined from attempting to sell or dispose of this property in any manner whatever or from encumbering the same, and for all further relief, general and special, in law and in equity, as plaintiff shall show Mohammed Alam, Mohammed Hossain, *John Doe and any claimant with an interest* entitled.

*[END OF CHOICES]*

WHEREFORE plaintiff demands judgment against defendant for *return of property and other punitive damages* , plus costs, prays that the transfer to defendant be avoided (and that plaintiff recover back from defendant the property transferred), and prays for such other and further relief as is just and proper.

Dated: *16ᵗʰ April, 2025*        by: *bourne maria* .

*Maria Bourne- attorney-in-fact.*
*c/o: 848 Linden [Boulevard].*
*Brooklyn, New York.*
*347-476-2668.*
*Bajan4lyfe@yahoo.com.*

by: thompson joel , *L.S.*
*Joel david thompson, w/d/t-Ttee.*

EASTERN DISTRICT BANKRUPTCY COURT OF NEW YORK

BROOKLYN, NEW YORK, DOCKET# 1-25-41222-ESS.

MB Maria Bourne, ex rel. *attorney-in-bact*

BOURNE MARIA BANKRUPTCY INTER ESTATE PURE TR.
*Joel Thompson, Trustee.*
Claimant,

v.

BARTON SCHWARTZ, MOHAMMED, ALAM, MOHAMMED HOSSAIN, John Doe
MB (unknown parties claiming an interest), *and any Claimant with an interest.*
Respondents.

Administrator [judge] Strong, Elizabeth S

## Verified Complaint
### Sanctions for Automatic Stay Violations.

Plaintiff Maria Osborne, with special appearance pro per, respectfully claims the following:

**1. Parties**

a. Plaintiff is a natural woman domiciled at Kings County, New York, with an equitable and constructive interest in the common law real estate known as 604–604A Flatbush Avenue, Brooklyn, NY 11225.

federal court has jurisdiction pursuant to Diversity of Citizenship, and Title 11 U.S.C. section 548 (A)(B)(i)(ii)(I)(IV)(d)(i), and applicable common law real estate rights conversion, for the bankruptcy venue.

b. Defendants include Barton Schwartz as plaintiff receiver, Mohammed Alam, Mohammed Hossain and unknown persons or entities who may assert an interest in the property.

See Exhibit A-

## 2. Land [Real Estate] Description

The Land [property] is located at 848 Linden Boulevard, Brooklyn, NY 11203 and is identified in court records under Index No 55105/2010., with a fraudulent real estate transaction commenced on or about March 13, 2025.

## 3. Basis for Sanctions

### COUNT 1.

a. Claimant asserts that the transaction was based on unlawful conversion, wherein Respondent(s) sold land [property] without consent, consideration, authorization from the Grantor. Respondent(s) have no mutually authorizing contract with Claimant for any real estate purchase transaction; Claimant further says she was never told about the March sale transaction, and her signature as a Grantor, needed to convey real estate was never granted, nor conveyed to lawfully authorize said transaction. See Exhibit B Note and Mortgage instrument. Page three (3) of the Recorded instrument dated November 30, 2018- CRFN 20180003946007. The convoluted instrument on appearance shows I, my husband at the time and one Barton Schwartz, conveyed Land [property] for $10. This is fraud, plain and simple. See Exhibit A conveyance record from NYC Acris records.

### COUNT 2

b. Claimant alleges Respondent(s) failed to establish a clear chain of title and did not provide Maria notice or opportunity to cure or contest the action, violating due process, failing to attach a Lis Pendens within the complaint. No referee, No court can act in power of attorney position for Claimant in a real estate transaction, not having a signed POA in place from Claimant, nor being a party to the Real Estate Contract. It is a clear violation for the Contract Doctrine. No Lis Pendens (No Abstract Title Search evidencing Grantor-Grantee to Respondent(s).

### COUNT 3.

Claimant alleges Equity theft, Land [Real estate] can only be conveyed with the consent and signature of the Grantor and for lawful consideration, No so called referee, no judge can convey private Land[property] of the Claimants living estate trust to another party, it violates the Takings Clause, 4th, 5th Amendment for the 1787 Constitution for the union States of America.

### COUNT 4.

Claimant positively sets forth never receiving any funds from Respondents, for the March 2025 or November, 2018 conveyance.

Claimant never signed over her land [property] as a Grantor to the Respondent(s). Respondent can show no viable contract, having dual signatories to it.

## COUNT 5.

On or about the 12th March, 2025, I was physically attacked by a man claiming to be one: Mohammed Alam and another unknown man, upon them trespassing onto my land [property]. I had to call for assistance from law enforcement as they were both being aggressive, trying to force their way into my home. At one point during the men's violent trespass, one Mohammed Alam stated to the constables he worked for the Supreme Court, which if true, is clear and convincing for conflict of interest. There was no advance Notice from the aggressor, and this has all the markings for an adverse and violent attempt to steal my duly owned Land [real estate].

## 4. Relief Requested

Claimant demands the immediate reversal for the unlawful March, 2025 real estate transaction and imposition of the Automatic Stay:

a. Declaring that Plaintiff holds equitable and rightful title to the real estate.

b. Canceling any conveyances or transfers resulting from the unlawful real estate transaction..

c. Enjoining any further actions to evict, transfer, or claim ownership of said real estate and other personal property to include all accounts held in any Warehouse.

d. Enforce Automatic Stay.

e. Awarding such other and further relief as the Court deems just and proper.

## VERFICATION

I, maria bourne as a trustee for the BOURNE MARIA BANKRUPTCY INTER ESTATE PURE TR. Dated 6th April, 2025 circa affirm:

I am the Claimant in the within action. I have read the complaint in its entirety and affirm under penalty of perjury and the laws of this state, and pursuant to Title 28 usc 1746 with the united States America- the allegations set forth are based on personal knowledge, except as to those allegations made on information and belief and as to those from outside sources, I believe them to be true.

Executed on 10th April, 2025 circa.

Evidence of Loss.

REDFIN   City, Address, School, Agent, ZIP

Buy ▾   Rent ▾   Sell ▾   Mortgage ▾   Real Estate Agents ▾   Feed   **Join / Sign in**

← Search   **Overview**   Sale & tax history   Property details   Neighborhood   Climate

♡ Favorite   ✎ Edit Facts   ⤴ Share



SOLD · MAR 21, 2025

Street View

<u>LAST SOLD</u> ON MAR 21, 2025 FOR $795,000

**848 Linden Blvd**, Brooklyn, NY 11203

**$909,050**  — — **3,954**
<u>Redfin Estimate</u>  Beds Baths Sq Ft

## Is this your home?

Track this home's value and nearby sales activity

| I own 848 Linden Blvd |

## About this home

848 Linden Blvd is a 3,954 square foot multi-family home on a 2,975 square foot lot. - it last sold on March 21, 2025 for $795,000. Based on Redfin's Brooklyn data, we estimate the home's value is $909,050.

🏰 Multi-family   🏚 2,975 sq ft

🔧 1920   🖊 $230 Redfin Estimate per sq ft

Source: Public Records

## Redfin Estimate

## Thinking of selling?

Estimated sale price

**$864,000 – $1.03M**

Reach more buyers when you sell with Redfin. Plus, you'll save **$9,090** in fees. ⓘ

| Schedule a selling consultation |

Get an in-depth report about your home value and the Brooklyn market.

| Request a free analysis |

## Redfin Estimate

# $909,050

**$114K** since sold in March 2025   ▼ **$30K** since February

📈 **Estimate history**          🕐 Recently sold homes          ▭ Homes for sale

1 year          **5 year**

$1.2M

$1.0M

$ $800K

$600K

$400K

2021     2022     2023     2024     2025

Claim this home to receive a free report every month with insights on the changing estimate.

[ **I own 848 Linden Blvd** ]

## Homeowner tools

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the 13th day of March, in the year 2025

**BETWEEN** Barton Schwartz, as Receiver pursuant to Order to Appoint Receiver in action at the Matrimonial Term, Part 5T of the Supreme Court of the State of New York, County of Kings, between George Alleyne, Plaintiff and Maria Alleyne, Defendant, Index No. 55105/2010, dated 07/27/2018, recorded 11/30/2018, in CRFN: 2018000396007 with an address of 13 West 38th Street, New York, NY 10018.

party of the first part, and Mohammed Alam and Mohammed M. Hossain, 592 Halsey Street, Brooklyn, NY 11233
party of the second part, AS joint tenants with rights of survivorship
**WITNESSETH**, that the party of the first part, in consideration of

Ten dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the See Attached Schedule A
BEING AND intended to be the same property conveyed in the deed recorded 12/22/93 in reel 3181 p 2392
TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Barton Schwartz, as Receiver pursuant to Order to
Appoint Receiver in action at the Matrimonial
Term, Part 5T of the Supreme Court of the State of
New York, County of Kings, between George Alleyne,
Plaintiff and Maria Alleyne, Defendant, Index No.
55105/2010, dated 07/27/2018, recorded 11/30/2018,
in CRFN: 2018000396007.

REEL 5 1 1 PG 1444

# CITY REGISTER RECORDING AND ENDORSEMENT PAGE

COUNTY OF ► Kings

| TOTAL NUMBER OF PAGES IN DOCUMENT INCLUDING THIS PAGE ► | 6 |

THIS PAGE FORMS PART OF THE INSTRUMENT

Block ▼ 4680

Lots ~ ONLY IF ENTIRE LOT ▼ 2

Partial Lots ▼

P/D

Premises ▼ 848 Linden Blvd.

Title/Agent Company Name ▼

Title Company Number ▼

NAME ▼

MAILING & RETURN TO:
ADDRESS

CITY ▼

RAPIDATA
PO BOX 52183
PHILA, PA 18115-2183

NAME & ADDRESS

PARTY 1 ► George Alleyne, Maria A. Alleyne
ADDITIONAL PARTY 2 ► 848 Linden Blvd, Brooklyn NY 11203

PARTY 3 ► First Union National Bank
ADDITIONAL PARTY 4 ► 300 Fidelity Plaza, NJ 2203 Kirch Plassaus, NJ 08905

FOLD

☐ CHECK THIS BOX IF THERE ARE MORE THAN 2 OF EITHER PARTY

CITY REGISTER'S USE ONLY — DO NOT WRITE BELOW THIS LINE

Examined by (A):

Mtge Tax Serial No. C828526

Mtge Amount $ 26,260

Taxable Amount $

Exemption (✓) ____ YES ☐ NO ☐

Type: [1 TO 6] [2&6] [OTHER ____]

Dwelling Type: [1 & 2] [3] [4 & 6] [6 & 6]

City Register
Serial Number ► 026495

Indexed By (A):

Verified By (A):

Block(s) and Lot(s) verified by (✓):
Address ____ DCS Tax Map ☐
Extra Block(s) ____ Lot(s) ____

TAX RECEIVED ON ABOVE MORTGAGE ▼

| County (basic) | $ 131 50 |
| City (Add'l) | $ 263 |
| Spec Add'l | $ |
| TASF | $ 65 75 |
| MTA | $ 40 75 |
| NYCTA | $ |
| TOTAL TAX | $ 501 |

Recording Fee __ D $ 47

Affidavit Fee ___ (C) $

RPTT Fee ___ (R) $

HPD-A ____ ☐          NPDC ____ ☐

New York State Real Estate Transfer Tax ▼
$

Serial Number ►

New York City Real Property Transfer Tax
Serial Number ►

FOLD

Apportionment Mortgage (✓) YES ☐ NO ☐

RECORDED IN THE OFFICE OF THE CITY REGISTER
OF THE CITY OF NEW YORK

2001 MAR 23 A 8:01

25 × 10

**MORTGAGE**

FIRST UNION ... LOAN
MARINA
PO BOX 52163
PHILA, PA 19115-2183

IN THIS MORTGAGE, dated ____ 17 February, 2001 ____ GEORGE ALLEYNE
MARIA R ALLEYNE
_____, the person(s) residing at 848 LINDEN BLVD
_____
BROOKLYN, NY 11203 _____, signed below as "Owner" and is
referred to in this mortgage as "I", "me" or "my", whether one or more persons. "You", "your" or "First Union" in the mortgage
means FIRST UNION NATIONAL BANK with an office located at 300 Fidelity Plaza, NJ2203, North Brunswick, NJ 08905. If
I am not indebted to First Union under the Note described below, the person(s),

_____, residing at _____
_____, is signing below as and is referred to in this mortgage as
"Borrower," whether one or more persons.

THE PROPERTY. This mortgage is on real property located at the street address of _____
848 LINDEN BLVD _____, in the City of __
BROOKLYN _____, County of KINGS _____, New York, Zip Code 11203
____ (referred to in this Mortgage as "Property"). A further description of the Property is contained in the deed by which I acquired
the Property. My deed is recorded at the KINGS County Clerk's, Register's of Recorder's Office, in
book, page, liber, or registry as parcel, pin, plat, lot block, etc. as follows: *The property is or will be*
*improved by a one*
DEED DATE: 12/07/83 RECORDED DATE: 12/22/83 BOOK/INST: 3181 PAGE: 2392 *or two family residence*
LOT: 2 BLOCK: 4880 SECTION: 15 *or dwelling only*

* SEE ATTACHED FOR LEGAL DESCRIPTION *

The Property includes all existing and future buildings and improvements on the Property and any rights or interests resulting from my
ownership or possession of the Property.

WHAT THE MORTGAGE SECURES. Under the terms of a Promissory Note dated 02/17/01 ____, including all
extensions, modifications and renewals of the Promissory Note (referred to in this mortgage as the "Note"), Borrower is indebted to
you in the principal sum of U.S. $ 28280.00 ____, which is the maximum aggregate amount of principal to be secured by
this mortgage at any one time. The Note provides that Borrower shall pay you monthly installments of principal and interest, with the
balance of indebtedness on the Note, including all principal, interest, and other charges (including interest), if not paid in full earlier,
becoming due and payable in full on 03/18/11 ____.

Intending to be legally bound and to induce you to enter into or maintain in effect the Note with Borrower, I hereby mortgage, grant
and convey the Property to you. This mortgage will secure: (i) all loans which you have already made or are later required to make to
Borrower under the Note and this mortgage, (ii) any amounts which you may advance to insure, pay taxes on, or repair the Property if
I or the Borrower fail to do so, (iii) your cost of collection in the event of default as provided in the Note, (iv) all finance charges and
other charges you impose on all such loans, advances and expenses as provided in the Note and this mortgage, (v) the performance of
all of the Borrower's promises in the Note and all of my promises in this mortgage, and (vi) any extensions, renewals, modifications or
amendments of the Note.

OWNERSHIP: By signing below, I warrant that I am the only owner of the Property, and that I have the right to mortgage it to you.
I agree to defend for you and any successors and assigns, any lien claims, valid or invalid, asserted against the Property, and to
reimburse you for any loss or damage you may suffer as a result of any and all lien claims against the Property. If the Property is a
condominium or part of a planned unit development, I have verified that this mortgage is permitted under any condominium or relative
documents, and if any approval(s) is required, I have obtained all approvals.

PAYMENTS OF PRINCIPAL AND INTEREST: Borrower will pay when due, the principal and interest on the Note. Unless the
law says otherwise, you will apply all payments that you receive on account of the Note first to interest due on the Note, then to any
other charges owing under the Note, and then to the principal balance remaining on the Note.

OTHER MORTGAGE(S): I hereby warrant that the Property is free of claims and demands of any other person(s) except for other
mortgage(s) I already told you about. I will perform all of my obligations, including making all payments when due, under any and all
existing (or any later) mortgage(s) on the Property.

TAXES: I will pay all real estate taxes, assessments, water and sewer rents and other charges on the Property when they come due. I
will provide you with proof of payment upon request.

PROTECTION OF YOUR INTEREST IN THE PROPERTY: If I do not perform any of my duties stated in this mortgage, or if a
legal action is brought concerning the Property that adversely affects your interest in the Property, then you, at your option, and with
notice to me and/or Borrower, may make any court appearances, pay sums, including reasonable attorney's fees, and take necessary
action to protect your interest in the Property. Any amount of money that you pay, that is authorized by this paragraph, will be added
to the principal amount of the Note, earn interest at the rate of the Note, and be secured by this mortgage, including the interest.

You, or someone authorized by you, may enter upon and inspect the Property at reasonable times if you give me prior notice.

(linc1) NY Mortgage or Brief Estate 2/400
#0104003123#

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2025032100297001002E043C

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|

**Document ID:** 2025032100297001
**Document Type:** DEED
**Document Page Count:** 3

Document Date: 03-13-2025
Preparation Date: 03-21-2025

**PRESENTER:**
JUDICIAL TITLE INSURANCE AGENCY, LLC PICKUP
800 WESTCHESTER AVENUE STE S340
151769 SB EF
RYE BROOK, NY 10573
914-381-6700
JTRECORDING@JUDICIALTITLE.COM

**RETURN TO:**
MOHAMMED M HOSSAIN & MOHAMMED ALAM
592 HALSEY STREET
BROOKLYN, NY 11233

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4680 | 2 | Entire Lot | 848 LINDEN BOULEVARD |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ *or* DocumentID_____ *or* _____ Year____ Reel___ Page_____ *or* File Number_____

### PARTIES

**GRANTOR/SELLER:**
BARTON SCHWARTZ, AS RECEIVER
13 WEST 28TH STREET
NEW YORK, NY 10018

**GRANTEE/BUYER:**
MOHAMMED ALAM
592 HALSEY ST
BROOKLYN, NY 11233-1102

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 11,328.75 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 3,180.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed       03-21-2025 15:42
City Register File No.(CRFN):
2025000079342

*Colette M'Chia-Jacques*
**City Register Official Signature**

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2025032100297001002C06BC

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| **Document ID: 2025032100297001** | Document Date: 03-13-2025 | Preparation Date: 03-21-2025 |
| Document Type: DEED | | |

**PARTIES**

**GRANTEE/BUYER:**
MOHAMMED M. HOSSAIN
592 HALSEY ST
BROOKLYN, NY 11233-1102

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 13ᵀᴴ day of March, in the year 2025

**BETWEEN** Barton Schwartz, as Receiver pursuant to Order to Appoint Receiver in action at the Matrimonial Term, Part 5T of the Supreme Court of the State of New York, County of Kings, between George Alleyne, Plaintiff and Maria Alleyne, Defendant, Index No. 55105/2010, dated 07/27/2018, recorded 11/30/2018, in CRFN: 2018000396007 with an address of 13 West 38th Street, New York, NY 10018.

party of the first part, and Mohammed Alam and Mohammed M. Hossain, 592 Halsey Street, Brooklyn, NY 11233 party of the second part, *AS joint TENANTS with Rights of survivorship*

**WITNESSETH,** that the party of the first part, in consideration of

Ten dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the See Attached Schedule A

*Being and intended to be the same property conveyed in the deed recorded 12/22/93 in Reel 3131 p.2392*

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____

_____

_____                    Barton Schwartz, as Receiver pursuant to Order to
                                                    Appoint Receiver in action at the Matrimonial
                                                    Term, Part 5T of the Supreme Court of the State of
                                                    New York, County of Kings, between George Alleyne,
                                                    Plaintiff and Maria Alleyne, Defendant, Index No.
                                                    55105/2010, dated 07/27/2018, recorded 11/30/2018,
                                                    in CRFN: 2018000396007.

**FSC**
www.fsc.org

**MIX**

Paper from
responsible sources

**FSC® C014618**

Exhibit C

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2025032100297001002E043C

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|

**Document ID:** 2025032100297001    Document Date: 03-13-2025    Preparation Date: 03-21-2025
**Document Type:** DEED
**Document Page Count:** 3

**PRESENTER:**
JUDICIAL TITLE INSURANCE AGENCY, LLC PICKUP
800 WESTCHESTER AVENUE STE S340
151769 SB EF
RYE BROOK, NY 10573
914-381-6700
JTRECORDING@JUDICIALTITLE.COM

**RETURN TO:**
MOHAMMED M HOSSAIN & MOHAMMED ALAM
592 HALSEY STREET
BROOKLYN, NY 11233

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4680 | 2 | Entire Lot | 848 LINDEN BOULEVARD |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year_____ Reel_____ Page_____ or File Number_____

### PARTIES

**GRANTOR/SELLER:**
BARTON SCHWARTZ, AS RECEIVER
13 WEST 28TH STREET
NEW YORK, NY 10018

**GRANTEE/BUYER:**
MOHAMMED ALAM
592 HALSEY ST
BROOKLYN, NY 11233-1102

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 11,328.75 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 3,180.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    03-21-2025 15:42
City Register File No.(CRFN):
2025000079342

*City Register Official Signature*

led Document                                    https://a836-acris.nyc.gov/DS/DocumentSearch/DocumentImageView

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2025032100297001002C06BC

| | | |
|---|---|---|
| **Document ID: 2025032100297001** | Document Date: 03-13-2025 | Preparation Date: 03-21-2025 |
| Document Type: DEED | | |

**PARTIES**
**GRANTEE/BUYER:**
MOHAMMED M. HOSSAIN
592 HALSEY ST
BROOKLYN, NY 11233-1102

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the 13th day of March, in the year 2025

**BETWEEN** Barton Schwartz, as Receiver pursuant to Order to Appoint Receiver in action at the Matrimonial Term, Part 5T of the Supreme Court of the State of New York, County of Kings, between George Alleyne, Plaintiff and Maria Alleyne, Defendant, Index No. 55105/2010, dated 07/27/2018, recorded 11/30/2018, in CRFN: 2018000396007 with an address of 13 West 38th Street, New York, NY 10018.

party of the first part, and Mohammed Alam and Mohammed M. Hossain, 592 Halsey Street, Brooklyn, NY 11233
party of the second part, *As joint tenants with rights of survivorship*

**WITNESSETH**, that the party of the first part, in consideration of

Ten dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the See Attached Schedule A

*being and intended to be the same property conveyed in the deed recorded 12/22/93 in Reel 3181 p.3392*
TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____

_____

Barton Schwartz, as Receiver pursuant to Order to
Appoint Receiver in action at the Matrimonial
Term, Part 5T of the Supreme Court of the State of
New York, County of Kings, between George Alleyne,
Plaintiff and Maria Alleyne, Defendant, Index No.
55105/2010, dated 07/27/2018, recorded 11/30/2018,
in CRFN: 2018000396007.

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF New york.

Case No. 1-25-041222-ess     Chap 7.
Adversarial Action.

§21F3 Notice of lis pendens- Form.
Maria Bourne, et al.
MARIA R BOURNE BANKRUPTCY INTER ESTATE TRUST
c/o; 848 Linden boulevard
Brooklyn, New York
3474762668

Maria Bourne, attorney-in-fact.
Joel Thompson, ttee.
MARIA R. BOURNE BANKRUPTCY INTER ESTATE TRUST
Plaintiff

       V.
Jorge Ramos, et al.
NUBRIDGE COMMERCIAL LENDING, LLC
Defendant

## NOTICE OF LIS PENDENS.
### JUDICIAL NOTICE.

TO WHOM IT MAY CONCERN:

I am Maria Bourne, I do hereby certify that I am over the age of 19 and that, based on my personal knowledge as the owner for real estate at c/o 604-604A Flatbush, Brooklyn New York(the "Property"), and I incurred a debt or obligation with NUBRIDGE COMMERCIAL LENDING, LLC  on or about the day of *November 21, 2021.  Affiant writes. Although the Property was pledged to alleged Mortgagee as collateral, I did not use the 'given" proceeds of the loan to acquire the Property. Proceeds were a gift, never abandoned.*

*Notice hereby broadcast all Power of Attorney from me to any party, pronounced or not binding my living estate to them, now terminate nunc pro tunc, ab initio.*

Notice hereby broadcast of the commencement and pendency of a suit in the Federal UNITED STATES Bankruptcy Court EASTERN DISTRICT OF New York, Kings county, titled as above, the general object of which is:

1. This cause of Action rises pursuant to Common Law Jurisdiction, revert real estate back to the MARIA R. BOURNE BANKRUPTCY ESTATE PURE TRUST. To set aside and void deed and mortgage assignment based upon Plaintiff's claim that Defendants fraudulent acts unlawfully converted the property to themselves without authority from the Grantor, for not having a license to engage in Mortgage transactions in New York City.

2. To give constructive Notice that respondent failed to follow court rules for Notice of suit, lack of competent jurisdiction of the court, failure to default and Notice all parties of interest in the suit, in order to void judgement, and fraudulent lien.

3. Take Notice it has been revealed from exhaustive record search the property now being called having multiple questionable and suspicious conveyances, if true it would mean title is colored and Living Estate Trust has right of possession.

4. All that tract or parcel of land and premises hereinafter particularly transcribed, situate, laying and being at 604-604A Flatbush Avenue, BROOKLY, NEW YORK state.

5. Being known as Block 5026, lot 152 and lot 153, more commonly known in Munsee Lenape, aka [ 604-604A Flatbush Avenue], Brooklyn, New York]. Recorded May 21st, 2007, CRFN 200700028855.

The Adversarial complaint in the above action was filed in the Clerk's Office for Eastern District New York, Brooklyn, kings county.

By: _bourne maria_ , L.S.
Maria Bourne, ex rel

§21F3 Notice of lis pendens- Form.
Maria Bourne,
MARIA R BOURNE BANKRUPTCY INTER ESTATE TRUST
c/o; 848 Linden boulevard
Brooklyn, New York
3474762668

| | |
|---|---|
| Maria Bourne, et al.<br>MARIA R. BOURNE BANKRUPTCY INTER<br>ESTATE TRUST,<br>Joel Thompson, Ttee.<br>Plaintiff | UNITED STATES BANKRUPTCY<br>COURT FOR THE EASTERN DISTRICT<br>OF New york.<br><br>Case No. 1-25-041222-ess     Chap 7.<br>Adversarial Action. |

V.

Barton Schwartz, Mohammed Alam, Mohammed Hossain,
John Doe and any claimant with an interest.
Defendant

### NOTICE OF LIS PENDENS.
### JUDICIAL NOTICE.

TO WHOM IT MAY CONCERN:

I am Maria Bourne, I do hereby certify that I am over the age of 19 and that, based on my personal knowledge as the owner for real estate at c/o 848 Linden Boulevard, Brooklyn New York(the "Property"), and I incurred a debt or obligation with PHH US MORTGAGE CORP on or about the day of *December 7th, 1993. Affiant writes . Although the Property was pledged to alleged Mortgagee as collateral, I did not use the 'given" proceeds of the loan to acquire the Property. Proceeds were a gift, never abandoned.*

*Notice hereby broadcast all Power of Attorney from me to any party, pronounced or not binding my living estate to them, now terminate nunc pro tunc, ab initio.*

Notice hereby broadcast for the commencement and pendency of a suit in the Federal UNITED STATES Bankruptcy Court EASTERN DISTRICT OF New York, Kings county, titled as above, the general object of which is:

1. To adjudicate the trial in Common Law Jurisdiction, revert living estate back to the MARIA R. BOURNE BANKRUPTCY ESTATE PURE TRUST. To set aside deed and mortgage assignment based upon Plaintiff's claim that Defendants fraudulent acts unlawfully converted the property to themselves with authority from the Grantor, for no consideration.,
2. To give constructive Notice that respondent failed to follow court rules for Notice of suit, lack of competent jurisdiction of the court, failure to default and Notice all parties of interest in the suit, in order to void judgement, and fraudulent sale.
3. Take Judicial Notice for the fact Barton Schwartz, Mohammed Alam, Mohammed Hossain, by way of unlawful conversion pursuant to title 11 USC section 548.
4.     All that tract or parcel of land and premises hereinafter particularly transcribed, situate, laying and being at the Brooklyn county, 848 linden [boulevard], new york state.

Being known as Block 4680, Lot 2, more commonly known in Munsee Lenape, aka ] 848 Linden Boulevard, Brooklyn, New York. Recorded December, seventh, nineteen hundred and ninety-three [12/7/193], on Reel 3181, Page 2392.

The Plaintiff in the above action was filed in the Bankruptcy Court, Clerk's Office for Eastern District New York, Brooklyn, Kings county.

By: *bourne Maria* .L.S.
Maria Bourne, attorney-in-fact.

§21F3 Notice of lis pendens- Form.
Maria Bourne,
MARIA R BOURNE BANKRUPTCY INTER ESTATE TRUST
c/o; 848 Linden boulevard
Brooklyn, New York
3474762668

Maria Bourne, et al.
MARIA R. BOURNE BANKRUPTCY INTER
ESTATE TRUST,
Joel Thompson, Ttee.
Plaintiff

> UNITED STATES BANKRUPTCY
> COURT FOR THE EASTERN DISTRICT
> OF New york.
>
> Case No. 1-25-041222-ess    Chap 7.
> Adversarial Action.

V.

Barton Schwartz, Mohammed Alam, Mohammed Hossain,
John Doe and any claimant with an interest.
Defendant

## NOTICE OF LIS PENDENS.
## JUDICIAL NOTICE.

TO WHOM IT MAY CONCERN:

Notice is hereby given of the commencement and pendency of a suit in the Federal UNITED STATES Bankruptcy Court EASTERN DISTRICT OF new york, Kings county, titled as above, the general object of which is:

1. To adjudicate the trial in Common Law Jurisdiction, revert estate back to the MARIA R. BOURNE BANKRUPTCY ESTATE PURE TRUST. To set aside deed and mortgage assignment based upon Plaintiff's claim that Defendants fraudulent acts unlawfully converted the property to themselves with authority from the Grantor, for no consideration.,
2. To give constructive Notice that respondent failed to follow court rules for Notice of suit, lack of competent jurisdiction of the court, failure to default and Notice all parties of interest in the suit, in order to void judgement, and fraudulent sale.
3. Take Judicial Notice for the fact Barton Schwartz, Mohammed Alam, Mohammed Hossain, by way of unlawful conversion pursuant to title 11 USC section 548.
4.    All that tract or parcel of land and premises hereinafter particularly transcribed, situate, laying and being at the Brooklyn county, 848 linden [boulevard], new york state.

Being known as Block 4680, Lot 2, more commonly known in Munsee Lenape, aka ] 848 Linden Boulevard, Brooklyn, New York].

The Plaintiff in the above action was filed in the Bankruptcy Court, Clerk's Office for Eastern District New York, Brooklyn, Kings county.

By: _bourne maria_ , L.S.
Maria Bourne, attorney-in-fact.
Plaintiff, pro per.