UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA BOURNE, Attorney-in-fact,
JOEL THOMPSON, Trustee.

                                                                   Case No. 1-25-01040-ESS

                    Plaintiffs,

          -against-

BARTO SCHWARTZ, MOHAMMED ALAM,
MOHAMMED HOSSAIN, and JOHN DOE (any
claimant with an Interest)

                    Respondents.

------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES

      You are hereby given notice that Stein Adler Dabah & Zelkowitz LLP has been engaged by Mohammed Alam and Mohammed Hossain to serve as its authorized agent in this matter.

      You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon Mohammed Alam and Mohammed Hossain, at the following address: Jacob E. Lewin, Esq. Stein Adler Dabah & Zelkowitz LLP, 936 Broadway, 5th Floor, New York, New York 10010.

Dated: New York, New York
       August 20, 2025

                                    STEIN ADLER
                                    DABAH & ZELKOWITZ LLP

By: _____
                                    Jacob E. Lewin, Esq.
                                    936 Broadway, 5th Floor
                                    New York, New York 10010
                                    (212) 867-5620