# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK  )

Case No. 1-25-01040-ESS

I, Nelida M. Lamboy, being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On August 27, 2025, a true and accurate copy of the following document(s): Notice of Appearance and Request for Service of Notice were served upon the following recipients:

>Maria Bourne, attorney- in-fact
>c/o 848 Linden Boulevard
>Brooklyn, NY 11203-3622

on the party named above at said address by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service via First Class Mail within New York State.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) in the manner shown and prepared this Affidavit of Service and that it is true and correct to the best of my knowledge, information and belief.

Dated: August 27, 2025

_____
Nelida M. Lamboy

Subscribed and sworn to before me
this 27th day of August, 2025

_____
Notary Public

JAMES FORGASON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FO0003104
Qualified in New York County
Commission Expires April 14, 2027